**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**VIVIAN E. HERNANDEZ LESMES,**

              Plaintiff,          20-cv-4147 (JGK)

    - against -                <u>ORDER</u>

**115 MARKET, INC. ET AL.,**

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to provide the Court with a status report by March 12, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 1, 2021**          /s/ John G. Koeltl
                                      **John G. Koeltl**
                           **United States District Judge**