UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

VIVIAN E. HERNANDEZ LESMES,   Case No.: 1:20-CV-04147-JGK

        Plaintiff,

        **STIPULATION OF DISMISSAL**

- against -

115 MARKET, INC., LUCIO PEREZ, *Individually*,
and EUN JOO YIM, *Individually*,

        Defendant.
------------------------------------------------------------------------ X

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in this action are hereby voluntarily dismissed with prejudice, with each party bearing its own costs and fees.

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED** that faxed or emailed signatures of this Stipulation shall be deemed originals.

Dated:    New York, New York
          April  5 , 2021

**YURIY MOSHES, P.C.**          **AHNE & JI, LLP**

By: *J. Maldonado*          By: _____
    Jessenia Maldonado, Esq.        Younghoon Ji, Esq.
    517 Brighton Beach Ave., Fl 2     1220 Broadway, Suite 502
    Brooklyn, New York 11235       New York, New York 10001
    Email: jmaldonado@mosheslaw.com  Email: youngjiesq@gmail.com
    *Attorneys for Plaintiff*           *Attorneys for Defendant*

The Clerk is directed to close this case.

SO ORDERED:

/s/ John G. Koeltl
_____
Hon. John G. Koeltl
United States District Judge
Dated:  April 6, 2021